IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:10-CV-439-FDW-DCK

LENDINGTREE, LLC,

    Plaintiff,

v.

ZILLOW, INC., et al.,

    Defendants.

**ORDER**

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 35) concerning James Patrick Corrigan, filed October 21, 2010. Mr. Corrigan seeks to appear as counsel *pro hac vice* for Defendants Quinstreet, Inc. and Quinstreet Media, Inc.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Corrigan is admitted to appear before this court *pro hac vice* on behalf of Defendants Quinstreet, Inc. and Quinstreet Media, Inc.

Signed: October 21, 2010

David C. Keesler
United States Magistrate Judge