IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:10-CV-439-FDW-DCK

LENDINGTREE, LLC,

    Plaintiff,

v.

ZILLOW, INC., et al.,

    Defendants.

**ORDER**

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 33) concerning Michael O. Warnecke, filed October 21, 2010. Mr. Warnecke seeks to appear as counsel *pro hac vice* for Defendants Quinstreet, Inc. and Quinstreet Media, Inc.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Warnecke is admitted to appear before this court *pro hac vice* on behalf of Defendants Quinstreet, Inc. and Quinstreet Media, Inc.

Signed: October 21, 2010

David C. Keesler
United States Magistrate Judge