IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:10-CV-439-FDW-DCK

LENDINGTREE, LLC,

    Plaintiff,

v.

ZILLOW, INC., et al.,

    Defendants.

**ORDER**

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 44) concerning Lynn H. Pasahow, filed October 25, 2010. Ms. Pasahow seeks to appear as counsel *pro hac vice* for Defendants Zillow, Inc. and Adchemy, Inc.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Ms. Pasahow is admitted to appear before this court *pro hac vice* on behalf of Defendants Zillow, Inc. and Adchemy, Inc.

Signed: October 26, 2010

David C. Keesler
United States Magistrate Judge