# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CASE NO.: 3:10-CV-439-FDW-DCK

| | |
|---|---|
| LENDINGTREE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ZILLOW, INC., et al.,<br><br>    Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 45) concerning Ryan A. Tyz, filed October 25, 2010. Mr. Tyz seeks to appear as counsel *pro hac vice* for Defendants Zillow, Inc. and Adchemy, Inc.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Tyz is admitted to appear before this court *pro hac vice* on behalf of Defendants Zillow, Inc. and Adchemy, Inc.

Signed: October 26, 2010

David C. Keesler
United States Magistrate Judge