IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:10-CV-439-FDW-DCK

LENDINGTREE, LLC,

    Plaintiff,

v.

ZILLOW, INC., et al.,

    Defendants.

**ORDER**

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 65) concerning Thomas Joseph Friel, Jr., filed November 23, 2010. Mr. Friel seeks to appear as counsel *pro hac vice* for Defendant NexTag, Inc.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Friel is admitted to appear before this court *pro hac vice* on behalf of Defendant NexTag, Inc.

Signed: November 23, 2010

David C. Keesler
United States Magistrate Judge