IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-00439-FDW-DCK

| | |
|---|---|
| LENDINGTREE, LLC, a North Carolina limited liability company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ZILLOW, INC., a Washington corporation; NEXTAG, INC., a Delaware corporation; QUINSTREET, INC., a Delaware corporation; QUINSTREET MEDIA, INC., a Nevada corporation; ADCHEMY, INC., a Delaware corporation; and LEADPOINT, INC., D/B/A SECURERIGHTS, a Delaware corporation,<br><br>　　　　Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion To File Under Seal And Supporting Brief" (Document No. 88) filed March 28, 2011. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, and noting consent of Plaintiff's counsel, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion To File Under Seal And Supporting Brief" (Document No. 88) is **GRANTED**.

Signed: March 29, 2011

David C. Keesler
United States Magistrate Judge