# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:10-CV-00439-FDW-DCK

| | |
|---|---|
| LENDINGTREE, LLC, a North Carolina limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> ZILLOW, INC., a Washington corporation; NEXTAG, INC., a Delaware corporation; QUINSTREET, INC., a Delaware corporation; QUINSTREET MEDIA, INC., a Nevada corporation; ADCHEMY, INC., a Delaware corporation; and LEADPOINT, INC., D/B/A SECURERIGHTS, a Delaware corporation, <br><br> Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion To File Under Seal" (Document No. 97) filed April 12, 2011. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, and noting consent of Defendants' counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion To File Under Seal" (Document No. 97) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's responses to Defendants' amended pleadings be filed under seal and maintained in the Court file under seal.

Signed: April 13, 2011

David C. Keesler
United States Magistrate Judge