# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:10-CV-00439-FDW-DCK

| | |
|---|---|
| LENDINGTREE, LLC, a North Carolina limited liability company, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )  **ORDER**<br>) |
| ZILLOW, INC., a Washington corporation; NEXTAG, INC., a Delaware corporation; QUINSTREET, INC., a Delaware corporation; QUINSTREET MEDIA, INC., a Nevada corporation; ADCHEMY, INC., a Delaware corporation; and LEADPOINT, INC., D/B/A SECURERIGHTS, a Delaware corporation, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion To File Under Seal And Supporting Brief" (Document No. 100) filed April 13, 2011. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, and noting consent of Plaintiff's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion To File Under Seal And Supporting Brief" (Document No. 100) is **GRANTED**.

**IT IS FURTHER ORDERED** that NexTag's exhibit (Document No. 99-1) to its Motion for Leave to Amend Answer and Counterclaim (Document No. 99) be filed under seal and maintained in the Court file under seal.

Signed: April 13, 2011

David C. Keesler
United States Magistrate Judge