**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO.: 3:10-CV-439-FDW-DCK**

**LENDINGTREE, LLC,**

      **Plaintiff,**

**v.**

                                              **<u>ORDER</u>**

**ZILLOW, INC., et al.,**

      **Defendants.**

---

      **THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 113) concerning Kirupa Pushparaj, filed May 9, 2011. Mr. Pushparaj seeks to appear as counsel *pro hac vice* for Defendants Quinstreet, Inc. and Quinstreet Media, Inc.

      Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

      In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Pushparaj is admitted to appear before this court *pro hac vice* on behalf of Defendants Quinstreet, Inc. and Quinstreet Media, Inc.

      Signed: May 10, 2011

David C. Keesler
United States Magistrate Judge