**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:10-CV-00439-FDW-DCK**

| | |
|---|---|
| LENDINGTREE, LLC, a North Carolina limited liability company, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ZILLOW, INC., a Washington corporation; )<br>NEXTAG, INC., a Delaware corporation; )<br>QUINSTREET, INC., a Delaware corporation; )<br>QUINSTREET MEDIA, INC., a Nevada )<br>corporation; ADCHEMY, INC., a Delaware )<br>corporation; and LEADPOINT, INC., D/B/A )<br>SECURERIGHTS, a Delaware corporation, )<br>)<br>Defendants. )<br>_____ ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion To File Under Seal And Supporting Brief" (Document No. 114) filed May 9, 2011. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, and noting consent of Plaintiff's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion To File Under Seal And Supporting Brief" (Document No. 114) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of this Court (1) shall maintain under seal Defendants' opposition to "LendingTree, LLC's Consolidated Motion to Dismiss Defendants' *Walker Process* Counterclaims" (Document No. 109) by LendingTree; and (2) shall make such documents available electronically only to Court personnel and to all counsel of record.

Signed: May 10, 2011

David C. Keesler
United States Magistrate Judge