IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-439-FDW-DCK

| | |
|---|---|
| LENDINGTREE, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| ZILLOW, INC., NEXTAG, INC., | ) |
| QUINSTREET, INC., QUINSTREET MEDIA, | ) |
| INC., ADCHEMY, INC., and LEADPOINT, | ) |
| INC., d/b/a SECURERIGHTS, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion To File Under Seal" (Document No. 119) filed May 20, 2011. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, and noting consent of opposing counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion To File Under Seal" (Document No. 119) is **GRANTED**.

Signed: May 20, 2011

David C. Keesler
United States Magistrate Judge