UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cv-00439-W

| | |
|---|---|
| LENDINGTREE, LLC, a Delaware limited liability company, ) ) ) Plaintiff, ) ) vs. ) ) ZILLOW, INC., a Washington corporation; NEXTAG, INC., a Delaware corporation; QUINSTREET, INC., a Delaware corporation; QUINSTREET MEDIA, INC., a Nevada corporation; ADCHEMY, INC., a Delaware corporation; and LEADPOINT, INC. D/B/A SECURERIGHTS, a Delaware corporation, ) ) ) ) ) ) ) ) ) ) ) Defendants. ) ) | ORDER |

THIS MATTER is before the Court pursuant to the filing by Plaintiff LendingTree, LLC ("LendingTree") and Defendant and Counterclaimant LeadPoint, Inc. ("LeadPoint") (Doc. No. 123), wherein the parties announced to the Court that they have settled their respective claims for relief asserted in this case. The Court, having considered this request, is of the opinion that their request for dismissal should be GRANTED.

IT IS THEREFORE ORDERED that the above-entitled cause and all claims against LeadPoint by LendingTree and against LendingTree by LeadPoint herein are dismissed, with prejudice to the re-filing of same.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

Signed: July 20, 2011

Graham C. Mullen
United States District Judge