# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:10 CV 439

| | |
|---|---|
| LENDINGTREE, LLC, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| ZILLOW, INC., et al, ) | |
| ) | |
| Defendants ) | |

**THIS MATTER** is before the court on Corby C. Anderson's Application for Admission to Practice *Pro Hac Vice* of Edward Daniel Robinson. It appearing that Edward Daniel Robinson is a member in good standing with the California Bar and will be appearing with Corby C. Anderson, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Corby C. Anderson's Application for Admission to Practice *Pro Hac Vice* (#153) of Edward Daniel Robinson is **GRANTED**, and that Edward Daniel Robinson is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Corby C. Anderson.

Signed: September 13, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge