**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:10-CV-439-FDW-DCK**

| | |
|---|---|
| LENDINGTREE, LLC, a North Carolina limited liability company, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ZILLOW, INC., a Washington corporation; )<br>NEXTAG, INC., a Delaware corporation; )<br>QUINSTREET, INC., a Delaware corporation; )<br>QUINSTREET MEDIA, INC., a Nevada )<br>corporation; ADCHEMY, INC., a Delaware )<br>corporation; and LEADPOINT, INC., D/B/A )<br>SECURERIGHTS, a Delaware corporation, )<br>)<br>Defendants. )<br>_____) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(c), and there is a motion that is ripe for disposition.

**IT IS, THEREFORE, ORDERED** that counsel for the parties shall appear before the undersigned for a Status and Motion Hearing, on **Wednesday, October 26, 2011**. Counsel should be prepared to discuss the status of the case and Plaintiff's "Consolidated Motion To Dismiss Defendants' *Walker Process* Counterclaims" (Document No. 109). The Clerk of Court will issue a separate Notice of Hearing confirming the date, time, and location of the hearing.

**SO ORDERED**.

Signed: September 21, 2011

David C. Keesler
United States Magistrate Judge