IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:10-CV-439-FDW-DCK

LENDINGTREE, LLC,

    Plaintiff,

v.

ZILLOW, INC., et al.,

    Defendants.

**ORDER**

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 198) concerning Stephen S. Korniczky, filed April 30, 2012. Mr. Korniczky seeks to appear as counsel *pro hac vice* for Plaintiff LendingTree, LLC.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Korniczky is admitted to appear before this court *pro hac vice* on behalf of Plaintiff LendingTree, LLC.

Signed: April 30, 2012

David C. Keesler
United States Magistrate Judge