IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:10-CV-439-FDW-DCK

LENDINGTREE, LLC,

    Plaintiff,

v.

ZILLOW, INC., et al.,

    Defendants.

**ORDER**

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 211) concerning George Kanabe, filed June 7, 2012. Mr. Kanabe seeks to appear as counsel *pro hac vice* for Plaintiff LendingTree, LLC.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Kanabe is admitted to appear before this court *pro hac vice* on behalf of Plaintiff LendingTree, LLC.

Signed: June 7, 2012

David C. Keesler
United States Magistrate Judge