# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:10-CV-439-FDW-DCK

| | |
|---|---|
| LENDINGTREE, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **ORDER** ) |
| ZILLOW, INC., NEXTAG, INC., QUINSTREET, INC., QUINSTREET MEDIA, INC., ADCHEMY, INC., | ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff Lending Tree, LLC's "Consent Motion To File Under Seal" (Document No. 235), filed December 7, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Defendant NexTag Inc., the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion To File Under Seal" (Document No. 235) is **GRANTED**.

Signed: December 7, 2012

David C. Keesler
United States Magistrate Judge