# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:10-CV-439-FDW-DCK

| | | |
|---|---|---|
| **LENDINGTREE, LLC,** | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| **NEXTAG, INC.,** | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Consent MotionTo File Under Seal And Supporting Brief" (Document No. 237) filed December 7, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent MotionTo File Under Seal And Supporting Brief" (Document No. 237) is **GRANTED**.

**IT IS FURTHER ORDERED** that the "Consent Motion To File Under Seal And Supporting Brief" (Document No. 236) filed December 7, 2012, is **DENIED AS MOOT**.

Signed: December 12, 2012

David C. Keesler
United States Magistrate Judge