# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:10-CV-439-FDW-DCK

LENDINGTREE, LLC,

                Plaintiff,

v.

ZILLOW, INC., *et al.*,

                Defendants.

**ORDER FOR SEALING**

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion To File Under Seal And Supporting Brief" (Document No. 244) filed December 21, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, and noting the parties' consent, the Court finds as follows:

    1.    The documents sought to be sealed are NexTag's Memorandum in Opposition to LendingTree's Motion to Compel Additional Source Code Discovery from NexTag, supporting declarations and certain exhibits.

    2.    Sealing is necessary, and there are no alternatives to filing under seal, because NexTag's memorandum, supporting declarations and certain exhibits contain information designated by NexTag as "Highly Confidential—Attorneys' Eyes Only" or "Highly Sensitive—Source Code" pursuant to the terms of the Joint Stipulated Protective Order, which was approved and entered by this Court on March 23, 2011 (Doc. No. 86). That Order provides, at ¶13, that any information so designated "may not be filed in

Court, whether separately or with or as part of pleadings or other court papers, except under seal."

3. With respect to the duration of sealing, the Court finds it appropriate for the material to remain sealed for so long as it is protected as Confidential pursuant to the Joint Stipulated Protective Order.

Good cause having been shown, it is hereby:

**IT IS, THEREFORE, ORDERED** that the Clerk of this Court shall seal (1) NexTag's Memorandum in Opposition to LendingTree's Motion to Compel Additional Source Code Discovery from NexTag, supporting declarations and certain exhibits; and (2) shall make such documents available electronically only to Court personnel and to all counsel of record for LendingTree and NexTag.

Signed: December 21, 2012

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.