IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No.: 3:10-cv-439-FDW-DCK

| | |
|---|---|
| LENDINGTREE, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>ZILLOW, INC.;<br>NEXTAG, INC.;<br>QUINSTREET, INC.;<br>QUINSTREET MEDIA, INC.; and<br>ADCHEMY, INC.,<br><br>        Defendants. | **ORDER OF DISMISSAL WITHOUT PREJUDICE BY LENDINGTREE, LLC, QUINSTREET, INC. AND QUINSTREET MEDIA, INC.** |

The Court has reviewed the Stipulation of Dismissal Without Prejudice (the *Stipulation*) (Doc. No. 234) by LendingTree, LLC (*LendingTree*), QuinStreet, Inc. and QuinStreet Media, Inc. (*QuinStreet*) (the *Parties*, collectively). In the Stipulation, the Parties submit that they have entered into a binding, confidential Settlement and Release Agreement.

Under the Stipulation and Federal Rule of Civil Procedure 41(a)(2) and (c), and for good cause shown: (1) LendingTree's cause of action against QuinStreet is hereby dismissed without prejudice; (2) QuinStreet's causes of action against LendingTree are hereby dismissed without prejudice; and (3) the Court shall retain jurisdiction to enforce the Parties' Settlement and Release Agreement and the Stipulation.

IT IS SO ORDERED.

_____
Frank D. Whitney
United States District Judge