IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-439-FDW-DCK

| | |
|---|---|
| **LENDINGTREE, LLC,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **ZILLOW, INC., NEXTAG, INC., AND ADCHEMY, INC.,** | ) |
| **Defendants.** | ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Consent Motion to File Under Seal" (Document No. 252) filed January 4, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

Having carefully considered the motion, the record, and applicable authority, and noting that Defendant Zillow, Inc., consents to the relief requested in the motion, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Consent Motion to File Under Seal" (Document No. 252) is **GRANTED.**

Signed: January 9, 2013

David C. Keesler
United States Magistrate Judge