# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:10-CV-439-FDW-DCK

| | | |
|---|---|---|
| LENDINGTREE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ZILLOW, INC., NEXTAG, INC., and ADCHEMY, INC., | ) ) | |
| | ) | |
| Defendants. | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant Zillow's "Consent Motion to File Under Seal" (Document No. 252) filed January 22, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

Having carefully considered the motion, the record, and applicable authority, and noting that Plaintiff consents to the relief requested in the motion, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant Zillow's "Consent Motion to File Under Seal" (Document No. 255) is **GRANTED.**

Signed: January 23, 2013

David C. Keesler
United States Magistrate Judge