IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-439-FDW-DCK

| | | |
|---|---|---|
| LENDINGTREE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ZILLOW, INC., NEXTAG, INC., and ADCHEMY, INC., | ) ) | |
| | ) | |
| Defendants. | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on "Zillow's Motion to File Under Seal" (Document No. 263) and "Adchemy's Motion to File Under Seal" (Document No. 264) filed February 4, 2013. These motions have been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

Having carefully considered the motions and the record, the undersigned will <u>grant</u> the motions.

**IT IS, THEREFORE, ORDERED** that "Zillow's Motion to File Under Seal" (Document No. 263) is **GRANTED.**

**IT IS FURTHER ORDERED** that "Adchemy's Motion to File Under Seal" (Document No. 264) is **GRANTED**.

Signed: February 5, 2013

David C. Keesler
United States Magistrate Judge