IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-439-FDW-DCK

| | |
|---|---|
| LENDINGTREE, LLC, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| ZILLOW, INC., NEXTAG, INC., and ADCHEMY, INC. | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 294) filed by Mark P. Henriques on April 12, 2013, concerning Elizabeth J. White. Ms. White seeks to appear as counsel *pro hac vice* for Defendants Zillow, Inc. and Adchemy, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 294) is **GRANTED.** Elizabeth J. White is hereby admitted *pro hac vice* to represent Defendants Zillow, Inc. and Adchemy, Inc.

**SO ORDERED**.

Signed: April 12, 2013

David C. Keesler
United States Magistrate Judge