IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:10-CV-439-FDW-DCK

LENDINGTREE, LLC

    Plaintiff,

v.

ZILLOW, INC., et al.

    Defendants.

ORDER

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 300) filed by Corby C. Anderson on May 1, 2013, concerning Laura M. Burson. Ms. Burson seeks to appear as counsel *pro hac vice* for Plaintiff LendingTree, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fees, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application for Admission to Practice *Pro Hac* Vice" (Document No. 300) is **GRANTED**. Laura M Burson is hereby admitted *pro hac vice* to represent Plaintiff LendingTree, LLC.

    **SO ORDERED**.

Signed: May 1, 2013

David C. Keesler
United States Magistrate Judge

SMRH:408297628.1