# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:10-CV-439-FDW-DCK

| | |
|---|---|
| **LENDINGTREE, LLC,** | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) **ORDER**<br>) |
| **ZILLOW, INC., NEXTAG, INC., and ADCHEMY, INC.,** | )<br>)<br>) |
| **Defendants.** | ) |

**THIS MATTER IS BEFORE THE COURT** on "LendingTree's Motion For Leave To Depose Trip Jendron On June 21, 2013, Or Shortly Thereafter" (Document No. 315), and regarding the undersigned's telephone conference with the parties on June 12, 2013. The pending motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will deny the motion.

On June 12, 2013, the undersigned held a telephone conference with counsel for the parties to discuss the parties' disputes regarding the proposed deposition of Mr. Jendron, as well as proposed depositions of Mr. Lebda, Mr. Barton, and Mr. Moch. Based on the parties' arguments, the status of this case, and particularly noting imminent deadlines, the Court will allow each side limited additional deposition time. Specifically, as discussed during the telephone conference, Mr. Barton shall make himself available to Plaintiff LendingTree for four (4) hours of deposition testimony, and Mr. Lebda shall make himself available to Defendants Zillow and Adchemy for a total of an additional four (4) hours of deposition testimony, as soon as possible.

**IT IS, THEREFORE, ORDERED** that "LendingTree's Motion For Leave To Depose Trip Jendron On June 21, 2013, Or Shortly Thereafter" (Document No. 315) is **DENIED**; and that the parties' may pursue additional deposition testimony as described herein.

**SO ORDERED**.

Signed: June 13, 2013

David C. Keesler
United States Magistrate Judge