# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:10-CV-439-FDW-DCK

| | |
|---|---|
| LENDINGTREE, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ZILLOW, INC., NEXTAG, INC., AND )<br>ADCHEMY, INC., )<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion to File Under Seal" (Document No. 321) filed June 17, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

Having carefully considered the motion, the record, and applicable authority, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion to File Under Seal" (Document No. 321) is **GRANTED.**

Signed: June 18, 2013

David C. Keesler
United States Magistrate Judge