IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-439-FDW-DCK

| | |
|---|---|
| **LENDINGTREE, LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| **ZILLOW, INC., NEXTAG, INC., AND ADCHEMY, INC.,** | ) |
| | ) |
| **Defendants.** | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion to File Under Seal And Supporting Brief" (Document No. 324) filed June 25, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

Having carefully considered the motion, the record, and applicable authority, and noting consent of the parties, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion to File Under Seal And Supporting Brief" (Document No. 324) is **GRANTED.**

Signed: June 25, 2013

_____
David C. Keesler
United States Magistrate Judge