# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:10-CV-439-FDW-DCK

| | |
|---|---|
| LENDINGTREE, LLC,<br><br>                Plaintiff,<br>v.<br><br>ZILLOW, INC., *et al.*,<br><br>                Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on "LendingTree's Motion For Stay Or Extension Of Deadline To Comply With The Court's August 8, 2013 Order [Dkt. 336]" (Document No. 337) filed August 21, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and the applicable authority, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "LendingTree's Motion For Stay Or Extension Of Deadline To Comply With The Court's August 8, 2013 Order [Dkt. 336]" (Document No. 337) is **GRANTED**.

**IT IS FURTHER ORDERED** that LendingTree's compliance with the undersigned's previous "Order" (Document No. 336) is **STAYED** pending resolution of the appeal of that Order. LendingTree shall file its appeal of Document No. 336 on or before **August 26, 2013**.

**SO ORDERED**.

Signed: August 22, 2013

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.