# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:10-CV-439-FDW-DCK

| | |
|---|---|
| LENDINGTREE, LLC,<br><br>                Plaintiff,<br>v.<br><br>ZILLOW, INC., *et al.*,<br><br>                Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To File Under Seal" (Document No. 338) filed August 22, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and applicable authority, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion To File Under Seal" (Document No. 338) is **GRANTED**.

Signed: August 22, 2013

_____
David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.