UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| LENDINGTREE, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>ZILLOW, INC.;<br>NEXTAG, INC.; and<br>ADCHEMY, INC.,<br><br>        Defendants. | Case No.: 3:10-cv-439-FDW-DCK<br><br>LENDINGTREE'S RENEWED REQUEST FOR EXTENSION OF TIME TO COMPLY WITH THE COURT'S AUGUST 8, 2013 ORDER [DKT. 336] AND REQUEST FOR STATUS CONFERENCE |

Pursuant to Fed R. Civ. P. 6(b)(1)(A) and LCvR 7.1, LendingTree renews its previous request for an extension of time to comply with the Court's August 8, 2013 Discovery Order. LendingTree also requests a status conference with the Court to address this renewed request. In support of these requests, LendingTree states the following:

1. The Discovery Order compels LendingTree to search backup tapes and produce documents to Defendant NexTag by today, August 23, 2013. (Dkt. 336.)

2. After learning from consultation with outside technology vendors that, despite diligent efforts, it would be impossible to comply with the Discovery Order, LendingTree previously filed a Motion for Stay or Extension of Deadline to Comply With the Discovery Order. (Dkts. 337; 344.) LendingTree also appealed the Discovery Order. (Dkt. 339; 343.)

3. Earlier today, the Court stayed the deadline for compliance with the Discovery Order pending resolution of the Appeal. (Dkt. 340.) However, later in the day, the Court denied the Appeal and lifted the stay. (Dkt. 342.)

-1-

4.      It remains impossible for LendingTree to comply with the Court's August 23 deadline given the magnitude and format of information that must be processed.  LendingTree has made every reasonable effort to obtain the information ordered to be produced as quickly as possible.  The fastest vendor known to LendingTree is already processing the backup tapes, but estimated that it will take "up to 44 days from August 22" (*i.e.*, October 5) to complete the backup tape recovery process.  (Dkts. 337; 344 at 4.)  LendingTree will keep the process as short as possible.  It is diligently seeking alternative options to allow faster data recovery and processing.

5.      LendingTree takes its discovery obligations seriously and has every intention of complying with them, without exception; therefore, LendingTree requests a Status Conference to discuss the process and expected timeframe for complying with the Discovery Order.  LendingTree also requests the opportunity to address at the Status Conference any concerns of the Court that LendingTree has in the past, or would in the future, "manipulate discovery obligations."  (Dkt. 342.)

Respectfully submitted,                                              August 23, 2013

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By: s/ George L. Kanabe

Stephen Korniczky (admitted *pro hac vice*)
William J. Blonigan (admitted *pro hac vice*)
12275 El Camino Real, Suite 200
San Diego, California 92130
(858) 720-8900
f: (858) 509-3691
skorniczky@sheppardmullin.com
wblonigan@sheppardmullin.com

Edward V. Anderson (admitted *pro hac vice*)
George Kanabe (admitted *pro hac vice*)
379 Lytton Avenue
Palo Alto, California 94301
(650) 815-2600
f: (650) 815-2601
evanderson@sheppardmullin.com
gkanabe@sheppardmullin.com

Corby C. Anderson (N.C. Bar No. 20829)
NEXSEN PRUET, LLC
227 West Trade Street, Suite 1550
Charlotte, North Carolina 28202
(704) 339-0304
f: (704) 373-8935
canderson@nexsenpruet.com

**Counsel for LendingTree, LLC**

# CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following parties in this case:

Mark P. Henriques
mhenriques@wcsr.com
Womble Carlyle Sandridge & Rice LLP
One Wells Fargo Center, Suite 3500
301 South College Street
Charlotte, NC 28202-6037

**Counsel for Zillow, Inc., Adchemy, Inc., and NexTag, Inc.**

Ryan Tyz
rtyz@fenwick.com
J. David Hadden
dhadden@fenwick.com
Lynn H. Pasahow
lpasahow@fenwick.com
Fenwick & West LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041-1990
**Counsel for Zillow, Inc. and Adchemy, Inc.**

Thomas J. Friel, Jr.
tfriel@cooley.com
Matthew J. Brigham
mbrigham@cooley.com
Cooley LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306

Christopher C. Campbell
ccampbell@cooley.com
Nelson Kuan
nkuan@cooley.com
Cooley LLP
One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, VA 20190-5656

**Counsel for NexTag, Inc.**

August 23, 2013

s/ George L. Kanabe
George L. Kanabe
*Attorney for LendingTree, LLC*