## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:10-CV-439-FDW-DCK

| | | |
|---|---|---|
| **LENDINGTREE, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **ZILLOW, INC., NEXTAG, INC., AND** | ) | |
| **ADCHEMY, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion to File Under Seal And Supporting Brief" (Document No. 352) filed September 5, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

Having carefully considered the motion, the record, and applicable authority, and noting consent of the parties, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion to File Under Seal And Supporting Brief" (Document No. 331) is **GRANTED.**

Signed: September 5, 2013

David C. Keesler
United States Magistrate Judge