UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cv-00439-FDW-DCK

| | |
|---|---|
| **LENDINGTREE, LLC**, a Delaware limited liability company, ) ) ) | |
| **Plaintiff**, ) ) | |
| vs. ) ) | ORDER |
| **ZILLOW, INC.**, a Washington corporation; **NEXTAG, INC.**, a Delaware corporation; and **ADCHEMY, INC.**, a Delaware corporation; ) ) ) ) ) | |
| **Defendants.** ) ) | |

THIS MATTER is before the Court on Plaintiff's Motion for Reconsideration (Doc. No. 350). For the reasons stated in open court following a hearing, the motion is GRANTED IN PART and DENIED IN PART.

IT IS FURTHER ORDERED that pursuant to the production deadlines set by the Court in ruling on the motion for reconsideration, the Court *sua sponte* amends the case management order as to Defendant NEXTAG, INC., only. NexTag shall file any dispositive motion no later than November 8, 2013. Plaintiff shall have until November 22, 2013, to file any response, and NexTag may reply no later than December 2, 2013. ALL PARTIES are hereby put on notice that a hearing on all dispositive motions will likely take place in early December or early January 2014.

IT IS SO ORDERED.

Signed: September 6, 2013

Frank D. Whitney
Chief United States District Judge