# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:10-CV-439-FDW-DCK

| | |
|---|---|
| LENDINGTREE, LLC<br><br>        Plaintiff,<br><br>v.<br><br>ZILLOW, INC., et al.<br><br>        Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 380) filed by Mark P. Henriques on September 18, 2013, concerning Kevin Andrew Lake. Mr. Lake seeks to appear as counsel *pro hac vice* for Defendant NexTag, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fees, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application for Admission to Practice *Pro Hac* Vice" (Document No. 380) is **GRANTED**. Kevin Andrew Lake is hereby admitted *pro hac vice* to represent Defendant NexTag, Inc.

      **SO ORDERED**.

      Signed: September 18,

David C. Keesler
United States Magistrate Judge