IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| LENDINGTREE, LLC, a North Carolina limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ZILLOW, INC., a Washington corporation; NEXTAG, INC., a Delaware corporation; ADCHEMY, INC., a Delaware corporation,<br><br>Defendants. | Civil Action No. 3:10-CV-00439<br><br>**ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion For Leave To File Opening, Responsive, And Reply Briefing To Dispositive and *Daubert* Motions Under Seal" (Document No. 384) filed October 10, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

Having carefully considered the motion, the record, and applicable authority, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion For Leave To File Opening, Responsive, And Reply Briefing To Dispositive and *Daubert* Motions Under Seal" (Document No. 384) is **GRANTED**.

Signed: October 15, 2013

David C. Keesler
United States Magistrate Judge