IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-439-FDW-DCK

| LENDINGTREE, LLC, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| ZILLOW, INC., NEXTAG, INC., AND ADCHEMY, INC., | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion to File Under Seal And Supporting Brief" (Document No. 404) filed November 1, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

Having carefully considered the motion, the record, and applicable authority, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion to File Under Seal And Supporting Brief" (Document No. 404) is **GRANTED.**

Signed: November 4, 2013

David C. Keesler
United States Magistrate Judge