IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-439-FDW-DCK

| LENDINGTREE, LLC, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| ZILLOW, INC., NEXTAG, INC., and ADCHEMY, INC. | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 419) filed by Corby C. Anderson on November 14, 2013, concerning Martin Randall Bader. Mr. Martin Randall Bader seeks to appear as counsel *pro hac vice* for Plaintiff LendingTree, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 419) is **GRANTED.** Martin Randall Bader is hereby admitted *pro hac vice* to represent Plaintiff LendingTree, LLC.

**SO ORDERED**.

Signed: November 14, 2013

David C. Keesler
United States Magistrate Judge