# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:10-CV-439-FDW-DCK

| | |
|---|---|
| LENDINGTREE, LLC,<br><br>      Plaintiff,<br>v.<br><br>ZILLOW, INC., *et al.*,<br><br>      Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion To File Under Seal And Supporting Brief" (Document No. 424) filed November 18, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and consent of Plaintiff's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion To File Under Seal And Supporting Brief" (Document No. 424) is **GRANTED**.

Signed: November 18, 2013

_____
David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.