UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cv-00439-FDW-DCK

| | | |
|---|---|---|
| **LENDINGTREE, LLC, a Delaware limited liability company,** | ) ) ) | |
| **Plaintiff,** | ) ) | ORDER |
| **vs.** | ) ) | |
| **ZILLOW, INC., a Washington corporation; NEXTAG, INC., a Delaware corporation; And ADCHEMY, INC., a Delaware corporation;** | ) ) ) ) | |
| **Defendants.** | ) ) | |

THIS MATTER is before the Court on Defendants' Motion to Continue Docket Call (Docs. Nos. 441, 442). Plaintiff responded in opposition to the motion (Doc. No. 447), and the Court conducted a telephone conference to discuss the motion.

IT IS THEREFORE ORDERED that Defendants' Motions are DENIED. Nevertheless, for administrative purposes and to comply with the Speedy Trial Act governing this Court's criminal docket, the Court *sua sponte* continues trial in this matter from January 27, 2014, to February 10, 2014. The parties' joint pretrial submissions (as outlined in the standing orders of this Court) shall be filed no later than noon on Friday, January 31, 2014. The Court will schedule a pretrial conference for the week of February 3, 2014, with a specific date and time to be determined following the hearing on dispositive motions.

IT IS SO ORDERED.

Signed: December 16, 2013

Frank D. Whitney
Chief United States District Judge