IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:10-CV-439-FDW-DCK

LENDINGTREE, LLC

        Plaintiff,

v.

ZILLOW, INC., et al.

        Defendants.

ORDER

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 471) filed by Mark P. Henriques on January 28, 2014, concerning Todd R. Gregorian. Mr. Gregorian seeks to appear as counsel *pro hac vice* for Defendant Zillow, Inc. and Adchemy, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fees, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application for Admission to Practice *Pro Hac* Vice" (Document No. 471) is **GRANTED**. Todd R. Gregorian is hereby admitted *pro hac vice* to represent Defendant Zillow, Inc. and Adchemy, Inc.

        **SO ORDERED**.

Signed: January 28, 2014

David C. Keesler
United States Magistrate Judge