# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:10-CV-439-FDW-DCK

| | |
|---|---|
| LENDINGTREE, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **ORDER** |
| ZILLOW, INC., NEXTAG, INC., AND ADCHEMY, INC., | ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Consent Motion to File Under Seal And Supporting Brief" (Document No. 477) filed January 29, 2014. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

Having carefully considered the motion, the record, and applicable authority, and noting consent of the parties, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Consent Motion to File Under Seal And Supporting Brief" (Document No. 477) is **GRANTED.**

Signed: January 29, 2014

David C. Keesler
United States Magistrate Judge