IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-439-FDW-DCK

| | |
|---|---|
| LENDINGTREE, LLC, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| ZILLOW, INC., NEXTAG, INC., and ADCHEMY, INC. | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 490) filed by Corby C. Anderson on January 31, 2014, concerning Lai Yip. Ms. Lai Yip seeks to appear as counsel *pro hac vice* for Plaintiff LendingTree, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 490) is **GRANTED.** Ms. Lai Yip is hereby admitted *pro hac vice* to represent Plaintiff LendingTree, LLC.

**SO ORDERED**.

Signed: February 3, 2014

David C. Keesler
United States Magistrate Judge