IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:10-CV-439-FDW-DCK

| | |
|---|---|
| **LENDINGTREE, LLC**<br><br>        **Plaintiff,**<br><br>v.<br><br>**ZILLOW, INC., et al.**<br><br>        **Defendants.** | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 498) filed by Mark P. Henriques on February 4, 2014, concerning Stephen C. Crenshaw. Mr. Stephen Crenshaw seeks to appear as counsel *pro hac vice* for Defendant NexTag, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fees, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application for Admission to Practice *Pro Hac* Vice" (Document No. 498) is **GRANTED**. Stephen C. Crenshaw is hereby admitted *pro hac vice* to represent Defendant NexTag, Inc.

**SO ORDERED**.

Signed: February 4, 2014

David C. Keesler
United States Magistrate Judge