IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-439-FDW-DCK

| | | |
|---|---|---|
| LENDINGTREE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ZILLOW, INC., NEXTAG, INC., AND ADCHEMY, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion To File Under Seal" (Document No. 535) filed February 10, 2014. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

Having carefully considered the motion, the record, and applicable authority, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion To File Under Seal" (Document No. 535) is **GRANTED.**

Signed: February 11, 2014

David C. Keesler
United States Magistrate Judge