IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-439-FDW-DCK

| | | |
|---|---|---|
| LENDINGTREE, LLC, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER** |
| ZILLOW, INC., NEXTAG, INC., and ADCHEMY, INC. | ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 544) filed by Corby C. Anderson on February 19, 2014, concerning James Chadwick. Mr. James Chadwick seeks to appear as counsel *pro hac vice* for Plaintiff LendingTree, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 544) is **GRANTED.** Mr. James Chadwick is hereby admitted *pro hac vice* to represent Plaintiff LendingTree, LLC.

**SO ORDERED**.

Signed: February 20, 2014

David C. Keesler
United States Magistrate Judge