# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| LendingTree, LLC, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:10-cv-00439-FDW-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Zillow, Inc. et al, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Trial and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury Verdict entered on March 12, 2014 and the Court's March 31, 2014 Order.

March 31, 2014

Frank G. Johns, Clerk
United States District Court