# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:10-CV-439-FDW-DCK

| | |
|---|---|
| LENDINGTREE, LLC, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| ZILLOW, INC., NEXTAG, INC., AND ADCHEMY, INC., | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion To File Under Seal Documents Relating To Motions For Attorneys' Fees And Costs" (Document No. 575) filed April 18, 2014. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion To File Under Seal Documents Relating To Motions For Attorneys' Fees And Costs" (Document No. 575) is **GRANTED.**

Signed: April 21, 2014

David C. Keesler
United States Magistrate Judge