# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **LendingTree, LLC,** | ) | AMENDED JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | **3:10-cv-00439-FDW-DCK** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Zillow, Inc., et al** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court Trial and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury Verdict entered on March 12, 2014 (document # 565) and the Court's Orders entered on March 31, 2014 (documents # 569 & 570).

April 29, 2014

Frank G. Johns, Clerk
United States District Court