UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cv-00439-FDW-DCK

| | |
|---|---|
| **LENDINGTREE, LLC, a Delaware limited liability company,** ) ) ) **Plaintiff,** ) ) vs. ) ) **ZILLOW, INC., a Washington corporation; and NEXTAG, INC., a Delaware corporation;** ) ) ) ) **Defendants.** ) ) | ORDER |

THIS MATTER is before the Court sua sponte pursuant to this Court's consideration and review of NexTag's pending Motion for Attorneys' Fees. The Court hereby ORDERS Plaintiff to submit, **under seal**, an affidavit or declaration under penalty of perjury that identifies every attorney and paralegal that billed hours to Plaintiff in this matter since January 10, 2014, along with the hourly rate billed for that attorney or paralegal. Such affidavit or declaration shall be submitted no later than Thursday, October 30, 2014.

IT IS SO ORDERED.

Signed: October 28, 2014

_____
Frank D. Whitney
Chief United States District Judge