UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cv-00439-FDW-DCK

| | |
|---|---|
| **LENDINGTREE, LLC**, a Delaware limited liability company, | )<br>)<br>) |
| **Plaintiff**, | )<br>) |
| vs. | )      ORDER<br>) |
| **ZILLOW, INC.**, a Washington corporation; and **NEXTAG, INC.**, a Delaware corporation; | )<br>)<br>)<br>) |
| **Defendants.** | )<br>) |

THIS MATTER is before the Court on LendingTree's unopposed Motion to Stay Execution of Second Amended Judgment Pending Appeal (Doc. No. 690). For the reasons stated in the unopposed motion (see Doc. No. 693), the Court GRANTS LendingTree's motion pursuant to Fed.R.Civ.P. 62(d).

IT IS HEREBY ORDERED that LendingTree's supersedeas bond in the amount of $2,400,000 is APPROVED. IT IS HEREBY FURTHER ORDERED THAT: Execution of the Court's Second Amended Judgment (Doc. No. 685) is hereby STAYED pending LendingTree's appeal of this matter.

IT IS SO ORDERED.

Signed: January 13, 2015

Frank D. Whitney
Chief United States District Judge