UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cv-00439-FDW-DCK

| | |
|---|---|
| **LENDINGTREE, LLC, a Delaware limited liability company,** ) ) ) **Plaintiff,** ) ) **vs.** ) ) **ZILLOW, INC., a Washington corporation; and NEXTAG, INC., a Delaware corporation;** ) ) ) ) **Defendants.** ) ) | **ORDER** |

THIS MATTER is before the Court on Plaintiff LendingTree LLC's ("LendingTree") unopposed motion for an order approving LendingTree's supersedeas bond and staying execution on Defendant Zillow, Inc.'s taxable costs pending appeal (Doc. No. 700). After reviewing that motion, as well as all other papers filed herein and the records of the case, the Court finds good cause to GRANT the motion.

The Court HEREBY ORDERS that LendingTree's supersedeas bond in the amount of $140,000 is APPROVED.

IT IS FURTHER ORDERED THAT: Execution of the Clerk's Taxation of Costs (Doc. No. 699) is hereby STAYED pending LendingTree's appeal of this matter.

IT IS SO ORDERED.

Signed: April 13, 2015

_____
Frank D. Whitney
Chief United States District Judge