UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No.: 3:10-cv-439-FDW-DCK

| | |
|---|---|
| LENDINGTREE, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>ZILLOW, INC.;<br>NEXTAG, INC.;<br>QUINSTREET, INC.;<br>QUINSTREET MEDIA, INC.; and<br>ADCHEMY, INC.,<br><br>        Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff LendingTree, LLC's Unopposed Motion to Vacate Judgment of Invalidity for Improper Inventorship (Doc. No. 721). Having carefully considered the arguments, the record, and the applicable authority, the undersigned will <u>grant</u> the motion.

IT IS HEREBY ORDERED that Plaintiff's Motion (Doc. No. 721) is GRANTED and the Judgment of Invalidity for Improper Inventorship of United States Patent No. 6,385,594 and United States Patent No. 6,611,816 entered on the docket at Docket Entries 571 and 598 is HEREBY VACATED.

IT IS SO ORDERED.

Signed: June 5, 2017

_____
Frank D. Whitney
Chief United States District Judge